UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 06 2018

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs. | § | CRIMINAL NO. |
| STEVEN CORNELL COLEMAN | § | 18 CR - 51 |

### CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Failure to Register under SORNA)

From on or about April 24, 2012, and continuously thereafter, up to and including the date of the Indictment, within the Southern District of Texas,

**STEVEN CORNELL COLEMAN,**

defendant herein, an individual who was required to register pursuant to the Sex Offender Registration and Notification Act, having traveled in interstate or foreign commerce, did knowingly fail to register and update registration as required by the Sex Offender Registration and Notification Act.

**In violation of Title 18, United States Code, Section 2250(a).**

A True Bill:

Original Signature on File

/Grand Jury Foreperson

RYAN K. PATRICK
United States Attorney

By: _____
Kimberly Ann Leo
Assistant United States Attorney
713-567-9465