IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Cr. No.  4-18-0051

STEVEN CORNELL COLEMAN

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Steven Cornell Coleman, moves this Court for a 30-day continuance of the June 13, 2018 sentencing date, and in support of this motion presents the following:

On April 2, 2018, Mr. Coleman appeared for re-arraignment and entered a guilty plea to count one of the indictment, in violation of 18 U.S.C. 2250(a), without a plea agreement.  Undersigned counsel requests this continuance because more time is needed to collect documents in preparation of sentencing.

The government does not oppose this Motion for Continuance.

                                              Respectfully submitted,

                                              MARJORIE A. MEYERS
                                              Federal Public Defender
                                              Southern District of Texas No. 3233
                                              Texas State Bar No. 14003750

                                              By /s/ Ashley L. Kaper
                                              ASHLEY L. KAPER
                                              Assistant Federal Public Defender
                                              Southern District of Texas No. 38198
                                              New York State Bar No. 4770434
                                              440 Louisiana, Suite 1350
                                              Houston, TX 77002-1056
                                                   Telephone:  713.718.4600
                                                   Fax:               713.718.4610

## CERTIFICATE OF CONFERENCE

I certify on June 7, 2018, that I have conferred with Assistant United States Attorney Kimberly Leo and determined that the United States is unopposed to this motion for continuance.

/s/ Ashley L. Kaper
ASHLEY L. KAPER

## CERTIFICATE OF SERVICE

I certify that on June 7, 2018, a copy of the foregoing Unopposed Motion to Continue Sentencing was served by Notification of Electronic Filing and by electronic mail to the office of Assistant United States Attorney Kimberly Leo and by electronic mail to the office of United States Probation Officer Leslie Barrett.

/s/ Ashley L. Kaper
ASHLEY L. KAP